**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 16  A 11: 18

JAMES PETERSON,                    :

        Plaintiff,          :

CLERK.___*C Cdell*___
SO. DIST. OF GA.

     v.                            :          CIVIL ACTION NO.: CV606-110

HUGH SMITH; VISOL SMITH;          :
JANET BREWTON; LOUSIE SMITH;       :
TONYA ANDERSON; GARY HOLDEN;       :
Ms. HARDWICK, and D. KNIGHT,       :

       Defendants.          :

## O R D E R

Let a copy of this Report and Recommendation be served upon the parties.  The
parties will be allowed ten (10) days from the date of service of this Report and
Recommendation to file objections. If no objections are made, this Report and
Recommendation will be adopted as a record of the proceedings and may become the
opinion and order of the Court.  Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and
Recommendation should be filed with the Clerk for consideration by the District Judge to
whom this case is assigned for his determination.

The Clerk of Court is directed to submit the Report and Recommendation with
objections, if any, on or before the _5th_ day of _February_, 2007.

**SO ORDERED**, this _16th_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)